# EXHIBIT H

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 460 | St Louise Regional Center | 9/12/2018 | 9/13/2018 | 10/9/2019 | 8/8/2019 | $ 4,029.21 | $ 27,743.56 | $ 23,714.35 |
| 628 | St Louise Regional Center | 3/22/2018 | 4/15/2018 | 4/19/2018 | 7/6/2018 | $ 482,801.70 | $ 500,776.82 | $ 17,975.12 |
| 998 | St Louise Regional Center | 2/7/2019 | 2/7/2019 | 2/12/2019 | 2/21/2019 | $ - | $ 12,287.54 | $ 12,287.54 |
| 1090 | St Louise Regional Center | 2/28/2019 | 2/28/2019 | 3/5/2019 | None | $ - | $ 11,233.76 | $ 11,233.76 |
| 1479 | St Louise Regional Center | 10/11/2017 | 10/13/2017 | 10/19/2017 | 11/22/2017 | $ - | $ 8,684.00 | $ 8,684.00 |
| 1478 | St Louise Regional Center | 9/25/2017 | 9/27/2017 | 10/6/2017 | 6/28/2018 | $ - | $ 8,684.00 | $ 8,684.00 |
| 1545 | St Louise Regional Center | 1/13/2018 | 1/15/2018 | 8/1/2019 | 7/18/2019 | $ - | $ 8,384.29 | $ 8,384.29 |
| 1891 | St Louise Regional Center | 5/27/2018 | 5/27/2018 | 4/19/2019 | None | $ - | $ 7,157.60 | $ 7,157.60 |
| 1889 | St Louise Regional Center | 10/16/2018 | 10/16/2018 | 10/24/2018 | 11/7/2018 | $ - | $ 7,157.60 | $ 7,157.60 |
| 1888 | St Louise Regional Center | 9/22/2018 | 9/22/2018 | 9/27/2018 | 10/5/2018 | $ - | $ 7,157.60 | $ 7,157.60 |
| 1887 | St Louise Regional Center | 7/8/2018 | 7/8/2018 | 7/13/2018 | None | $ - | $ 7,157.60 | $ 7,157.60 |
| 1885 | St Louise Regional Center | 10/7/2017 | 10/7/2017 | 6/15/2018 | 7/25/2018 | $ - | $ 7,157.60 | $ 7,157.60 |
| 1884 | St Louise Regional Center | 12/15/2017 | 12/15/2017 | 12/27/2017 | None | $ - | $ 7,157.60 | $ 7,157.60 |
| 1883 | St Louise Regional Center | 7/2/2018 | 7/3/2018 | 7/9/2018 | None | $ - | $ 7,157.60 | $ 7,157.60 |
| 1882 | St Louise Regional Center | 12/24/2017 | 12/24/2017 | 3/27/2018 | None | $ - | $ 7,157.60 | $ 7,157.60 |
| 1881 | St Louise Regional Center | 11/16/2017 | 11/16/2017 | 6/12/2018 | 6/25/2018 | $ - | $ 7,157.60 | $ 7,157.60 |
| 1929 | St Louise Regional Center | 1/3/2018 | 1/3/2018 | 1/10/2018 | 2/20/2018 | $ - | $ 7,002.41 | $ 7,002.41 |
| 1954 | St Louise Regional Center | 8/6/2018 | 8/6/2018 | 7/19/2019 | None | $ - | $ 6,897.58 | $ 6,897.58 |
| 1987 | St Louise Regional Center | 3/31/2018 | 3/31/2018 | 4/6/2018 | 7/17/2018 | $ - | $ 6,770.78 | $ 6,770.78 |
| 2033 | St Louise Regional Center | 11/7/2018 | 11/8/2018 | 8/13/2019 | None | $ - | $ 6,679.26 | $ 6,679.26 |
| 2105 | St Louise Regional Center | 10/4/2018 | 10/4/2018 | 9/25/2019 | None | $ - | $ 6,473.81 | $ 6,473.81 |
| 2147 | St Louise Regional Center | 3/30/2018 | 3/30/2018 | 6/21/2018 | 8/8/2018 | $ - | $ 6,296.57 | $ 6,296.57 |
| 2179 | St Louise Regional Center | 1/1/2018 | 1/1/2018 | 1/9/2018 | None | $ - | $ 6,239.84 | $ 6,239.84 |
| 2196 | St Louise Regional Center | 9/7/2017 | 9/25/2017 | 11/20/2017 | 12/6/2017 | $ - | $ 6,214.61 | $ 6,214.61 |
| 2243 | St Louise Regional Center | 9/22/2017 | 9/22/2017 | 6/1/2018 | None | $ - | $ 6,035.39 | $ 6,035.39 |
| 2253 | St Louise Regional Center | 6/6/2018 | 6/6/2018 | 4/15/2019 | 4/22/2019 | $ - | $ 6,001.84 | $ 6,001.84 |
| 2314 | St Louise Regional Center | 7/31/2018 | 7/31/2018 | 4/16/2019 | None | $ - | $ 5,843.60 | $ 5,843.60 |
| 2318 | St Louise Regional Center | 1/23/2019 | 1/23/2019 | 1/28/2019 | 2/5/2019 | $ - | $ 5,838.80 | $ 5,838.80 |
| 2324 | St Louise Regional Center | 7/13/2018 | 7/13/2018 | 7/23/2018 | None | $ - | $ 5,809.96 | $ 5,809.96 |
| 2459 | St Louise Regional Center | 5/1/2018 | 5/7/2018 | 12/5/2018 | 2/8/2019 | $ - | $ 5,511.15 | $ 5,511.15 |
| 2532 | St Louise Regional Center | 1/5/2019 | 1/6/2019 | 1/15/2019 | 2/11/2019 | $ 1,725.82 | $ 7,057.60 | $ 5,331.78 |
| 2538 | St Louise Regional Center | 7/18/2018 | 7/18/2018 | 8/3/2018 | None | $ - | $ 5,324.77 | $ 5,324.77 |
| 2539 | St Louise Regional Center | 10/15/2018 | 10/16/2018 | 10/22/2018 | 10/29/2018 | $ 3,327.20 | $ 8,647.20 | $ 5,320.00 |
| 2629 | St Louise Regional Center | 2/3/2019 | 2/3/2019 | 2/8/2019 | 2/19/2019 | $ 1,586.38 | $ 6,798.82 | $ 5,212.44 |
| 2774 | St Louise Regional Center | 7/22/2018 | 7/22/2018 | 7/27/2018 | None | $ - | $ 4,958.28 | $ 4,958.28 |
| 2783 | St Louise Regional Center | 2/13/2019 | 2/13/2019 | 5/15/2019 | 10/8/2019 | $ 335.61 | $ 5,279.13 | $ 4,943.52 |
| 2933 | St Louise Regional Center | 2/9/2019 | 2/9/2019 | 2/14/2019 | None | $ - | $ 4,735.14 | $ 4,735.14 |
| 2952 | St Louise Regional Center | 9/26/2017 | 9/26/2017 | 6/8/2018 | 7/17/2018 | $ - | $ 4,722.67 | $ 4,722.67 |
| 2997 | St Louise Regional Center | 3/30/2018 | 3/30/2018 | 4/5/2018 | 6/27/2018 | $ - | $ 4,656.88 | $ 4,656.88 |
| 3001 | St Louise Regional Center | 2/2/2019 | 2/2/2019 | 6/17/2019 | 8/9/2019 | $ 2,512.69 | $ 7,157.60 | $ 4,644.91 |
| 3011 | St Louise Regional Center | 12/20/2018 | 12/20/2018 | 1/8/2019 | 1/16/2019 | $ 2,548.56 | $ 7,157.60 | $ 4,609.04 |
| 3019 | St Louise Regional Center | 1/19/2019 | 1/19/2019 | 1/25/2019 | 2/4/2019 | $ 2,554.00 | $ 7,157.60 | $ 4,603.60 |
| 3039 | St Louise Regional Center | 9/28/2017 | 9/30/2017 | 4/18/2018 | 10/31/2017 | $ 3,541.12 | $ 8,118.00 | $ 4,576.88 |
| 3121 | St Louise Regional Center | 3/24/2018 | 3/24/2018 | 11/14/2018 | 11/20/2018 | $ 96.80 | $ 4,561.08 | $ 4,464.28 |
| 3173 | St Louise Regional Center | 1/19/2019 | 1/19/2019 | 1/25/2019 | 3/6/2019 | $ 2,340.90 | $ 6,769.50 | $ 4,428.60 |
| 3172 | St Louise Regional Center | 11/21/2018 | 11/21/2018 | 1/9/2019 | 1/16/2019 | $ 2,729.00 | $ 7,157.60 | $ 4,428.60 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 3171 | St Louise Regional Center | 12/2/2018 | 12/2/2018 | 12/10/2018 | 5/29/2019 | $ 1,315.25 | $ 5,743.85 | $ 4,428.60 |
| 3281 | St Louise Regional Center | 9/18/2017 | 9/18/2017 | 10/16/2017 | 11/27/2017 | $ 450.00 | $ 4,729.76 | $ 4,279.76 |
| 3290 | St Louise Regional Center | 11/12/2018 | 11/16/2018 | 11/21/2018 | 12/26/2018 | $ 12,777.00 | $ 17,036.00 | $ 4,259.00 |
| 3548 | St Louise Regional Center | 11/12/2018 | 11/12/2018 | 5/14/2019 | 12/18/2018 | $ - | $ 3,903.89 | $ 3,903.89 |
| 3564 | St Louise Regional Center | 12/1/2018 | 12/1/2018 | 12/6/2018 | 12/13/2018 | $ - | $ 3,895.05 | $ 3,895.05 |
| 3756 | St Louise Regional Center | 1/9/2019 | 1/9/2019 | 1/16/2019 | None | $ - | $ 3,677.07 | $ 3,677.07 |
| 3796 | St Louise Regional Center | 12/28/2017 | 12/29/2017 | 1/8/2018 | 8/27/2019 | $ - | $ 3,609.00 | $ 3,609.00 |
| 3808 | St Louise Regional Center | 12/30/2017 | 12/31/2017 | 1/8/2018 | 8/17/2018 | $ - | $ 3,598.72 | $ 3,598.72 |
| 3849 | St Louise Regional Center | 11/23/2018 | 11/23/2018 | 11/30/2018 | None | $ - | $ 3,563.24 | $ 3,563.24 |
| 3848 | St Louise Regional Center | 7/16/2018 | 7/16/2018 | 7/23/2018 | None | $ - | $ 3,563.24 | $ 3,563.24 |
| 3846 | St Louise Regional Center | 9/10/2017 | 9/10/2017 | 9/20/2017 | 10/4/2017 | $ - | $ 3,563.24 | $ 3,563.24 |
| 3844 | St Louise Regional Center | 9/3/2017 | 9/3/2017 | 10/12/2017 | None | $ - | $ 3,563.24 | $ 3,563.24 |
| 3946 | St Louise Regional Center | 2/15/2018 | 2/15/2018 | 6/15/2018 | 5/29/2019 | $ - | $ 3,463.24 | $ 3,463.24 |
| 3983 | St Louise Regional Center | 1/8/2018 | 1/8/2018 | 1/17/2018 | None | $ - | $ 3,410.06 | $ 3,410.06 |
| 4040 | St Louise Regional Center | 8/29/2017 | 9/1/2017 | 9/13/2017 | 9/13/2018 | $ 272.36 | $ 3,643.73 | $ 3,371.37 |
| 4064 | St Louise Regional Center | 4/27/2018 | 4/30/2018 | 12/5/2018 | 12/28/2018 | $ - | $ 3,344.84 | $ 3,344.84 |
| 4185 | St Louise Regional Center | 11/12/2018 | 11/12/2018 | 11/19/2018 | 11/29/2018 | $ - | $ 3,254.38 | $ 3,254.38 |
| 4895 | St Louise Regional Center | 7/10/2018 | 7/10/2018 | 7/16/2018 | 8/27/2018 | $ - | $ 3,120.32 | $ 3,120.32 |
| 4981 | St Louise Regional Center | 9/21/2018 | 9/21/2018 | 9/27/2018 | 10/8/2018 | $ - | $ 3,046.02 | $ 3,046.02 |
| 5063 | St Louise Regional Center | 2/1/2018 | 2/1/2018 | 2/8/2018 | 4/3/2018 | $ - | $ 2,988.18 | $ 2,988.18 |
| 5111 | St Louise Regional Center | 8/26/2018 | 8/29/2018 | 9/5/2018 | 9/25/2018 | $ - | $ 2,956.95 | $ 2,956.95 |
| 5110 | St Louise Regional Center | 8/29/2018 | 8/30/2018 | 9/10/2018 | 9/18/2018 | $ - | $ 2,956.95 | $ 2,956.95 |
| 5119 | St Louise Regional Center | 9/15/2017 | 9/15/2017 | 7/19/2018 | 7/31/2018 | $ - | $ 2,949.98 | $ 2,949.98 |
| 5181 | St Louise Regional Center | 2/19/2019 | 2/19/2019 | 2/26/2019 | 3/6/2019 | $ 1,813.17 | $ 4,724.20 | $ 2,911.03 |
| 5186 | St Louise Regional Center | 12/3/2017 | 12/5/2017 | 6/20/2018 | 7/10/2018 | $ - | $ 2,906.99 | $ 2,906.99 |
| 5255 | St Louise Regional Center | 10/8/2017 | 10/8/2017 | 10/13/2017 | 10/24/2017 | $ - | $ 2,858.44 | $ 2,858.44 |
| 5256 | St Louise Regional Center | 1/2/2019 | 1/2/2019 | 1/8/2019 | 2/6/2019 | $ 2,679.00 | $ 5,535.61 | $ 2,856.61 |
| 5280 | St Louise Regional Center | 8/25/2018 | 8/25/2018 | 9/10/2018 | 10/24/2018 | $ 3,643.84 | $ 6,479.70 | $ 2,835.86 |
| 5327 | St Louise Regional Center | 5/27/2018 | 5/27/2018 | 6/7/2019 | 3/4/2019 | $ - | $ 2,797.14 | $ 2,797.14 |
| 5402 | St Louise Regional Center | 1/13/2018 | 1/13/2018 | 7/31/2018 | 8/16/2018 | $ - | $ 2,748.59 | $ 2,748.59 |
| 5553 | St Louise Regional Center | 9/17/2018 | 9/17/2018 | 9/24/2018 | 10/10/2018 | $ 4,429.41 | $ 7,157.60 | $ 2,728.19 |
| 5609 | St Louise Regional Center | 7/30/2018 | 7/31/2018 | 8/14/2019 | None | $ - | $ 2,691.28 | $ 2,691.28 |
| 5972 | St Louise Regional Center | 1/17/2019 | 1/17/2019 | 1/23/2019 | None | $ - | $ 2,550.76 | $ 2,550.76 |
| 6047 | St Louise Regional Center | 11/3/2017 | 11/4/2017 | 11/13/2017 | 11/22/2017 | $ - | $ 2,505.86 | $ 2,505.86 |
| 6075 | St Louise Regional Center | 12/23/2018 | 12/23/2018 | 12/28/2018 | 1/9/2019 | $ - | $ 2,485.90 | $ 2,485.90 |
| 6525 | St Louise Regional Center | 8/19/2018 | 8/19/2018 | 8/30/2018 | None | $ - | $ 2,371.67 | $ 2,371.67 |
| 6582 | St Louise Regional Center | 7/17/2018 | 7/19/2018 | 1/28/2019 | None | $ - | $ 2,353.15 | $ 2,353.15 |
| 7096 | St Louise Regional Center | 9/3/2018 | 9/3/2018 | 1/11/2019 | 2/27/2019 | $ - | $ 2,263.33 | $ 2,263.33 |
| 7110 | St Louise Regional Center | 9/10/2018 | 9/10/2018 | 9/17/2018 | 10/11/2018 | $ - | $ 2,258.17 | $ 2,258.17 |
| 7249 | St Louise Regional Center | 3/27/2018 | 3/27/2018 | 4/2/2018 | None | $ - | $ 2,245.73 | $ 2,245.73 |
| 7262 | St Louise Regional Center | 5/23/2018 | 5/23/2018 | 5/29/2018 | None | $ - | $ 2,239.94 | $ 2,239.94 |
| 7347 | St Louise Regional Center | 7/30/2018 | 7/30/2018 | 10/29/2018 | 8/24/2018 | $ - | $ 2,215.27 | $ 2,215.27 |
| 7479 | St Louise Regional Center | 11/6/2018 | 11/9/2018 | 11/27/2018 | 1/2/2019 | $ 4,066.79 | $ 6,256.60 | $ 2,189.81 |
| 7492 | St Louise Regional Center | 2/1/2019 | 2/1/2019 | 6/28/2019 | 7/17/2019 | $ 1,377.64 | $ 3,563.24 | $ 2,185.60 |
| 7517 | St Louise Regional Center | 12/26/2018 | 12/26/2018 | 1/3/2019 | 1/11/2019 | $ - | $ 2,176.36 | $ 2,176.36 |
| 7556 | St Louise Regional Center | 8/1/2018 | 8/1/2018 | 8/6/2018 | 9/11/2018 | $ 85.47 | $ 2,245.73 | $ 2,160.26 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 7602 | St Louise Regional Center | 3/12/2018 | 3/12/2018 | 3/20/2018 | 7/30/2018 | $ - | $ 2,149.39 | $ 2,149.39 |
| 7689 | St Louise Regional Center | 11/20/2018 | 11/20/2018 | 3/13/2019 | None | $ - | $ 2,137.30 | $ 2,137.30 |
| 7936 | St Louise Regional Center | 12/17/2018 | 12/17/2018 | 12/27/2018 | 1/28/2019 | $ 5,081.94 | $ 7,157.60 | $ 2,075.66 |
| 7949 | St Louise Regional Center | 9/20/2018 | 9/20/2018 | 9/27/2018 | 11/27/2018 | $ - | $ 2,066.55 | $ 2,066.55 |
| 7982 | St Louise Regional Center | 4/27/2018 | 4/27/2018 | 5/2/2018 | 6/5/2018 | $ 339.67 | $ 2,387.88 | $ 2,048.21 |
| 8071 | St Louise Regional Center | 2/3/2018 | 2/3/2018 | 2/8/2018 | 3/21/2018 | $ 2,729.00 | $ 4,741.18 | $ 2,012.18 |
| 8268 | St Louise Regional Center | 1/7/2018 | 1/7/2018 | 5/4/2018 | 5/24/2018 | $ - | $ 1,950.20 | $ 1,950.20 |
| 8319 | St Louise Regional Center | 12/21/2017 | 12/21/2017 | 12/27/2017 | None | $ - | $ 1,923.93 | $ 1,923.93 |
| 8423 | St Louise Regional Center | 10/6/2018 | 10/6/2018 | 1/10/2019 | 1/17/2019 | $ 784.17 | $ 2,668.79 | $ 1,884.62 |
| 8539 | St Louise Regional Center | 11/14/2018 | 11/19/2018 | 12/6/2018 | 12/17/2018 | $ - | $ 1,877.00 | $ 1,877.00 |
| 8585 | St Louise Regional Center | 1/17/2018 | 1/17/2018 | 1/24/2018 | 2/14/2018 | $ 600.00 | $ 2,458.84 | $ 1,858.84 |
| 8587 | St Louise Regional Center | 1/14/2018 | 1/14/2018 | 12/10/2018 | 3/15/2019 | $ - | $ 1,857.86 | $ 1,857.86 |
| 8616 | St Louise Regional Center | 12/10/2018 | 12/10/2018 | 12/17/2018 | 3/29/2019 | $ 332.27 | $ 2,171.20 | $ 1,838.93 |
| 8688 | St Louise Regional Center | 9/12/2017 | 9/12/2017 | 10/5/2017 | None | $ - | $ 1,817.73 | $ 1,817.73 |
| 8693 | St Louise Regional Center | 9/21/2017 | 9/21/2017 | 6/1/2018 | 6/8/2018 | $ - | $ 1,814.28 | $ 1,814.28 |
| 8855 | St Louise Regional Center | 11/27/2017 | 11/27/2017 | 3/20/2018 | None | $ - | $ 1,776.88 | $ 1,776.88 |
| 8854 | St Louise Regional Center | 11/21/2017 | 11/21/2017 | 3/20/2018 | None | $ - | $ 1,776.88 | $ 1,776.88 |
| 8903 | St Louise Regional Center | 4/23/2018 | 4/23/2018 | 5/7/2018 | None | $ - | $ 1,759.38 | $ 1,759.38 |
| 8902 | St Louise Regional Center | 3/19/2018 | 3/19/2018 | 4/9/2018 | None | $ - | $ 1,759.38 | $ 1,759.38 |
| 8901 | St Louise Regional Center | 3/5/2018 | 3/5/2018 | 4/9/2018 | 4/17/2018 | $ - | $ 1,759.38 | $ 1,759.38 |
| 8900 | St Louise Regional Center | 4/16/2018 | 4/16/2018 | 5/7/2018 | None | $ - | $ 1,759.38 | $ 1,759.38 |
| 8899 | St Louise Regional Center | 4/9/2018 | 4/9/2018 | 5/7/2018 | 5/15/2018 | $ - | $ 1,759.38 | $ 1,759.38 |
| 9031 | St Louise Regional Center | 9/10/2018 | 9/10/2018 | 9/17/2018 | 10/1/2018 | $ - | $ 1,736.37 | $ 1,736.37 |
| 9042 | St Louise Regional Center | 1/22/2018 | 1/22/2018 | 1/29/2018 | 2/5/2018 | $ - | $ 1,731.30 | $ 1,731.30 |
| 9043 | St Louise Regional Center | 12/1/2018 | 12/1/2018 | 12/6/2018 | 2/8/2019 | $ 922.71 | $ 2,653.94 | $ 1,731.23 |
| 9046 | St Louise Regional Center | 5/27/2018 | 5/27/2018 | 6/1/2018 | 6/29/2018 | $ - | $ 1,730.50 | $ 1,730.50 |
| 9057 | St Louise Regional Center | 1/15/2019 | 1/15/2019 | 2/12/2019 | 2/20/2019 | $ - | $ 1,727.40 | $ 1,727.40 |
| 9056 | St Louise Regional Center | 11/13/2018 | 11/13/2018 | 12/7/2018 | None | $ - | $ 1,727.40 | $ 1,727.40 |
| 9058 | St Louise Regional Center | 5/26/2018 | 5/26/2018 | 5/31/2018 | None | $ - | $ 1,727.32 | $ 1,727.32 |
| 9120 | St Louise Regional Center | 1/4/2019 | 1/6/2019 | 1/11/2019 | 10/1/2019 | $ 6,814.40 | $ 8,518.00 | $ 1,703.60 |
| 9164 | St Louise Regional Center | 1/8/2019 | 1/8/2019 | 6/28/2019 | 10/1/2019 | $ 4,700.33 | $ 6,396.52 | $ 1,696.19 |
| 9173 | St Louise Regional Center | 6/1/2018 | 6/1/2018 | 8/14/2019 | None | $ - | $ 1,694.68 | $ 1,694.68 |
| 9172 | St Louise Regional Center | 7/10/2018 | 7/10/2018 | 7/16/2018 | 7/24/2018 | $ - | $ 1,694.68 | $ 1,694.68 |
| 9171 | St Louise Regional Center | 11/24/2017 | 11/24/2017 | 12/4/2017 | 5/25/2018 | $ - | $ 1,694.68 | $ 1,694.68 |
| 9169 | St Louise Regional Center | 9/11/2017 | 9/11/2017 | 9/18/2017 | 10/3/2017 | $ - | $ 1,694.68 | $ 1,694.68 |
| 9168 | St Louise Regional Center | 9/1/2017 | 9/1/2017 | 9/8/2017 | None | $ - | $ 1,694.68 | $ 1,694.68 |
| 9384 | St Louise Regional Center | 2/20/2019 | 2/20/2019 | 2/25/2019 | 10/8/2019 | $ 5,526.08 | $ 7,157.60 | $ 1,631.52 |
| 9396 | St Louise Regional Center | 11/14/2017 | 11/16/2017 | 11/21/2017 | 1/9/2018 | $ 6,494.40 | $ 8,118.00 | $ 1,623.60 |
| 9523 | St Louise Regional Center | 8/6/2018 | 8/6/2018 | 8/13/2018 | None | $ - | $ 1,602.97 | $ 1,602.97 |
| 9594 | St Louise Regional Center | 11/1/2018 | 11/2/2018 | 11/13/2018 | 12/20/2018 | $ 460.61 | $ 2,029.70 | $ 1,569.09 |
| 9597 | St Louise Regional Center | 11/26/2018 | 11/26/2018 | 12/3/2018 | None | $ - | $ 1,569.07 | $ 1,569.07 |
| 9837 | St Louise Regional Center | 11/18/2018 | 11/18/2018 | 11/28/2018 | 12/26/2018 | $ 5,646.08 | $ 7,157.60 | $ 1,511.52 |
| 9839 | St Louise Regional Center | 2/20/2019 | 2/21/2019 | 2/26/2019 | 3/20/2019 | $ - | $ 1,509.32 | $ 1,509.32 |
| 9860 | St Louise Regional Center | 5/8/2018 | 5/8/2018 | 5/14/2018 | 12/31/2018 | $ 6.65 | $ 1,509.32 | $ 1,502.67 |
| 9913 | St Louise Regional Center | 10/3/2018 | 10/29/2018 | 11/14/2018 | None | $ - | $ 1,484.00 | $ 1,484.00 |
| 9988 | St Louise Regional Center | 9/11/2017 | 9/12/2017 | 10/3/2017 | 10/31/2017 | $ 3,609.00 | $ 5,075.00 | $ 1,466.00 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 10041 | St Louise Regional Center | 12/2/2017 | 12/2/2017 | 12/8/2017 | 2/5/2018 | $ 5,423.95 | $ 6,879.31 | $ 1,455.36 |
| 10057 | St Louise Regional Center | 11/21/2018 | 11/21/2018 | 11/26/2018 | 12/17/2018 | $ 5,781.94 | $ 7,227.43 | $ 1,445.49 |
| 10059 | St Louise Regional Center | 6/11/2018 | 6/11/2018 | 6/20/2018 | 6/29/2018 | $ 501.38 | $ 1,946.66 | $ 1,445.28 |
| 10076 | St Louise Regional Center | 6/25/2018 | 6/25/2018 | 7/2/2018 | 8/15/2018 | $ - | $ 1,438.16 | $ 1,438.16 |
| 10108 | St Louise Regional Center | 12/18/2018 | 12/18/2018 | 1/9/2019 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10107 | St Louise Regional Center | 11/6/2018 | 11/6/2018 | 12/7/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10106 | St Louise Regional Center | 10/23/2018 | 10/23/2018 | 11/13/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10105 | St Louise Regional Center | 9/25/2018 | 9/25/2018 | 10/8/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10104 | St Louise Regional Center | 9/11/2018 | 9/11/2018 | 10/8/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10103 | St Louise Regional Center | 9/4/2018 | 9/4/2018 | 10/8/2018 | 10/16/2018 | $ - | $ 1,432.50 | $ 1,432.50 |
| 10102 | St Louise Regional Center | 8/21/2018 | 8/21/2018 | 9/6/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10101 | St Louise Regional Center | 7/31/2018 | 7/31/2018 | 2/25/2019 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10100 | St Louise Regional Center | 7/10/2018 | 7/10/2018 | 2/25/2019 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10099 | St Louise Regional Center | 3/26/2018 | 3/26/2018 | 4/9/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10098 | St Louise Regional Center | 3/12/2018 | 3/12/2018 | 4/9/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10097 | St Louise Regional Center | 2/26/2018 | 2/26/2018 | 3/5/2018 | None | $ - | $ 1,432.50 | $ 1,432.50 |
| 10208 | St Louise Regional Center | 6/26/2018 | 6/26/2018 | 7/9/2018 | None | $ - | $ 1,400.59 | $ 1,400.59 |
| 10312 | St Louise Regional Center | 12/13/2017 | 12/13/2017 | 12/20/2017 | 5/31/2018 | $ - | $ 1,375.49 | $ 1,375.49 |
| 10441 | St Louise Regional Center | 2/7/2019 | 2/7/2019 | 2/12/2019 | None | $ - | $ 1,337.14 | $ 1,337.14 |
| 10459 | St Louise Regional Center | 6/15/2018 | 6/15/2018 | 6/20/2018 | 7/9/2018 | $ - | $ 1,327.00 | $ 1,327.00 |
| 10482 | St Louise Regional Center | 8/18/2018 | 8/18/2018 | 8/24/2018 | 10/15/2018 | $ - | $ 1,318.49 | $ 1,318.49 |
| 10533 | St Louise Regional Center | 12/22/2017 | 12/22/2017 | 1/16/2018 | 1/29/2018 | $ 4,150.34 | $ 5,462.31 | $ 1,311.97 |
| 10541 | St Louise Regional Center | 6/8/2018 | 6/8/2018 | 6/15/2018 | 7/3/2018 | $ - | $ 1,307.82 | $ 1,307.82 |
| 10609 | St Louise Regional Center | 12/22/2017 | 12/22/2017 | 1/16/2018 | 5/25/2018 | $ 1,161.12 | $ 2,451.21 | $ 1,290.09 |
| 10674 | St Louise Regional Center | 1/29/2019 | 1/29/2019 | 2/6/2019 | 2/14/2019 | $ 236.32 | $ 1,509.80 | $ 1,273.48 |
| 10679 | St Louise Regional Center | 1/7/2019 | 1/25/2019 | 2/5/2019 | None | $ - | $ 1,272.00 | $ 1,272.00 |
| 10715 | St Louise Regional Center | 10/16/2017 | 10/16/2017 | 10/23/2017 | 1/5/2018 | $ 1,299.07 | $ 2,560.49 | $ 1,261.42 |
| 10739 | St Louise Regional Center | 9/5/2017 | 9/5/2017 | 11/16/2017 | None | $ - | $ 1,259.02 | $ 1,259.02 |
| 10770 | St Louise Regional Center | 2/17/2018 | 2/17/2018 | 2/27/2018 | None | $ - | $ 1,253.70 | $ 1,253.70 |
| 10773 | St Louise Regional Center | 10/20/2017 | 10/20/2017 | 6/12/2018 | 12/13/2017 | $ - | $ 1,253.00 | $ 1,253.00 |
| 10812 | St Louise Regional Center | 12/26/2018 | 12/26/2018 | 12/31/2018 | 1/15/2019 | $ 2,143.20 | $ 3,385.78 | $ 1,242.58 |
| 10945 | St Louise Regional Center | 9/26/2018 | 9/27/2018 | 10/4/2018 | 10/23/2018 | $ 2,027.43 | $ 3,233.58 | $ 1,206.15 |
| 11001 | St Louise Regional Center | 8/5/2018 | 8/5/2018 | 8/10/2018 | 8/22/2018 | $ - | $ 1,191.05 | $ 1,191.05 |
| 11034 | St Louise Regional Center | 12/8/2017 | 12/8/2017 | 12/20/2017 | 2/1/2018 | $ 133.96 | $ 1,310.49 | $ 1,176.53 |
| 11035 | St Louise Regional Center | 6/11/2018 | 6/11/2018 | 6/18/2018 | 6/25/2018 | $ - | $ 1,176.44 | $ 1,176.44 |
| 11265 | St Louise Regional Center | 8/16/2018 | 8/16/2018 | 8/23/2018 | 8/31/2018 | $ - | $ 1,131.88 | $ 1,131.88 |
| 11313 | St Louise Regional Center | 5/15/2018 | 5/15/2018 | 5/22/2018 | 7/12/2018 | $ 6,037.88 | $ 7,157.60 | $ 1,119.72 |
| 11335 | St Louise Regional Center | 2/14/2019 | 2/17/2019 | 2/21/2019 | 3/26/2019 | $ 12,777.00 | $ 13,892.00 | $ 1,115.00 |
| 11334 | St Louise Regional Center | 12/11/2018 | 12/14/2018 | 2/1/2019 | 2/11/2019 | $ 12,027.00 | $ 13,142.00 | $ 1,115.00 |
| 11333 | St Louise Regional Center | 1/18/2019 | 1/23/2019 | 1/28/2019 | 4/15/2019 | $ 21,295.00 | $ 22,410.00 | $ 1,115.00 |
| 11330 | St Louise Regional Center | 10/3/2018 | 10/6/2018 | 10/15/2018 | 10/23/2018 | $ 12,490.77 | $ 13,605.77 | $ 1,115.00 |
| 11329 | St Louise Regional Center | 7/20/2018 | 7/20/2018 | 5/23/2019 | None | $ - | $ 1,115.00 | $ 1,115.00 |
| 11616 | St Louise Regional Center | 1/11/2019 | 1/13/2019 | 1/18/2019 | 1/28/2019 | $ 8,318.00 | $ 9,379.00 | $ 1,061.00 |
| 11615 | St Louise Regional Center | 12/12/2018 | 12/14/2018 | 12/18/2018 | 12/28/2018 | $ 8,018.00 | $ 9,079.00 | $ 1,061.00 |
| 11631 | St Louise Regional Center | 4/4/2018 | 4/27/2018 | 5/6/2019 | None | $ - | $ 1,060.00 | $ 1,060.00 |
| 11650 | St Louise Regional Center | 8/22/2018 | 8/22/2018 | 6/28/2019 | None | $ - | $ 1,056.38 | $ 1,056.38 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 11657 | St Louise Regional Center | 2/20/2018 | 2/20/2018 | 3/5/2018 | None | $ - | $ 1,055.63 | $ 1,055.63 |
| 11741 | St Louise Regional Center | 12/26/2018 | 12/26/2018 | 12/31/2018 | 1/28/2019 | $ 4,161.82 | $ 5,202.27 | $ 1,040.45 |
| 11759 | St Louise Regional Center | 12/21/2018 | 12/28/2018 | 3/13/2019 | None | $ - | $ 1,035.77 | $ 1,035.77 |
| 11821 | St Louise Regional Center | 2/24/2019 | 2/24/2019 | 3/1/2019 | 10/29/2019 | $ 1,013.18 | $ 2,038.54 | $ 1,025.36 |
| 11965 | St Louise Regional Center | 12/5/2017 | 12/5/2017 | 12/14/2017 | 4/18/2018 | $ - | $ 996.88 | $ 996.88 |
| 11987 | St Louise Regional Center | 12/7/2018 | 12/7/2018 | 12/13/2018 | 5/31/2019 | $ 2,079.19 | $ 3,072.88 | $ 993.69 |
| 12002 | St Louise Regional Center | 12/19/2017 | 12/19/2017 | 12/26/2017 | None | $ - | $ 990.16 | $ 990.16 |
| 12109 | St Louise Regional Center | 3/11/2018 | 3/12/2018 | 8/14/2019 | None | $ - | $ 974.30 | $ 974.30 |
| 12129 | St Louise Regional Center | 11/1/2018 | 11/1/2018 | 11/6/2018 | None | $ - | $ 970.25 | $ 970.25 |
| 12181 | St Louise Regional Center | 7/24/2018 | 7/24/2018 | 5/23/2019 | None | $ - | $ 961.57 | $ 961.57 |
| 12221 | St Louise Regional Center | 2/20/2019 | 2/20/2019 | 2/28/2019 | 3/20/2019 | $ 615.00 | $ 1,569.07 | $ 954.07 |
| 12295 | St Louise Regional Center | 12/14/2018 | 12/14/2018 | 12/19/2018 | 6/12/2019 | $ - | $ 939.28 | $ 939.28 |
| 12322 | St Louise Regional Center | 10/30/2018 | 10/30/2018 | 3/14/2019 | None | $ - | $ 933.04 | $ 933.04 |
| 12379 | St Louise Regional Center | 8/2/2018 | 8/2/2018 | 9/5/2018 | 9/24/2018 | $ - | $ 923.04 | $ 923.04 |
| 12378 | St Louise Regional Center | 6/4/2018 | 6/4/2018 | 4/8/2019 | None | $ - | $ 923.04 | $ 923.04 |
| 12386 | St Louise Regional Center | 2/19/2019 | 2/19/2019 | 2/25/2019 | 3/4/2019 | $ 591.15 | $ 1,513.09 | $ 921.94 |
| 12402 | St Louise Regional Center | 11/8/2017 | 11/8/2017 | 1/2/2018 | 4/24/2018 | $ - | $ 919.79 | $ 919.79 |
| 12463 | St Louise Regional Center | 11/28/2017 | 11/28/2017 | 12/4/2017 | 5/30/2018 | $ 100.17 | $ 1,006.35 | $ 906.18 |
| 12488 | St Louise Regional Center | 1/17/2018 | 1/17/2018 | 1/29/2018 | 2/5/2018 | $ - | $ 900.07 | $ 900.07 |
| 12562 | St Louise Regional Center | 9/12/2018 | 9/12/2018 | 9/20/2018 | None | $ - | $ 887.35 | $ 887.35 |
| 12597 | St Louise Regional Center | 1/13/2019 | 1/13/2019 | 3/13/2019 | None | $ - | $ 879.98 | $ 879.98 |
| 12596 | St Louise Regional Center | 12/20/2018 | 12/20/2018 | 5/23/2019 | None | $ - | $ 879.98 | $ 879.98 |
| 12594 | St Louise Regional Center | 11/1/2018 | 11/1/2018 | 3/14/2019 | None | $ - | $ 879.98 | $ 879.98 |
| 12593 | St Louise Regional Center | 9/10/2018 | 9/10/2018 | 9/17/2018 | None | $ - | $ 879.98 | $ 879.98 |
| 12665 | St Louise Regional Center | 12/4/2018 | 12/4/2018 | 12/10/2018 | 12/17/2018 | $ - | $ 867.22 | $ 867.22 |
| 12728 | St Louise Regional Center | 12/18/2018 | 12/18/2018 | 12/28/2018 | 1/7/2019 | $ 1,500.00 | $ 2,353.15 | $ 853.15 |
| 12858 | St Louise Regional Center | 11/21/2018 | 11/21/2018 | 12/10/2018 | 1/15/2019 | $ 113.71 | $ 939.28 | $ 825.57 |
| 12857 | St Louise Regional Center | 10/11/2018 | 10/11/2018 | 10/16/2018 | 12/18/2018 | $ 113.71 | $ 939.28 | $ 825.57 |
| 12872 | St Louise Regional Center | 5/31/2018 | 5/31/2018 | 6/5/2018 | 6/29/2018 | $ 1,527.60 | $ 2,350.15 | $ 822.55 |
| 12883 | St Louise Regional Center | 12/28/2017 | 12/28/2017 | 1/5/2018 | None | $ - | $ 819.36 | $ 819.36 |
| 12949 | St Louise Regional Center | 9/14/2018 | 9/14/2018 | 9/24/2018 | None | $ - | $ 806.93 | $ 806.93 |
| 13049 | St Louise Regional Center | 11/9/2017 | 11/9/2017 | 12/5/2017 | None | $ - | $ 790.63 | $ 790.63 |
| 13048 | St Louise Regional Center | 10/16/2017 | 10/16/2017 | 11/15/2017 | None | $ - | $ 790.63 | $ 790.63 |
| 13047 | St Louise Regional Center | 10/9/2017 | 10/9/2017 | 3/21/2018 | None | $ - | $ 790.63 | $ 790.63 |
| 13212 | St Louise Regional Center | 3/9/2018 | 3/9/2018 | 3/16/2018 | None | $ - | $ 760.34 | $ 760.34 |
| 13218 | St Louise Regional Center | 4/12/2018 | 4/12/2018 | 6/5/2018 | 7/16/2018 | $ - | $ 759.38 | $ 759.38 |
| 13241 | St Louise Regional Center | 10/21/2018 | 10/21/2018 | 10/26/2018 | 12/28/2018 | $ - | $ 755.48 | $ 755.48 |
| 13573 | St Louise Regional Center | 6/19/2018 | 6/19/2018 | 7/9/2018 | None | $ - | $ 709.50 | $ 709.50 |
| 13576 | St Louise Regional Center | 12/19/2018 | 12/19/2018 | 12/24/2018 | 1/31/2019 | $ 77.29 | $ 786.59 | $ 709.30 |
| 13685 | St Louise Regional Center | 12/6/2017 | 12/6/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 702.00 | $ 702.00 |
| 13735 | St Louise Regional Center | 12/28/2018 | 12/28/2018 | 1/7/2019 | None | $ - | $ 695.39 | $ 695.39 |
| 13994 | St Louise Regional Center | 2/13/2019 | 2/13/2019 | 2/19/2019 | None | $ - | $ 678.48 | $ 678.48 |
| 13993 | St Louise Regional Center | 1/24/2019 | 1/24/2019 | 2/4/2019 | None | $ - | $ 678.48 | $ 678.48 |
| 14108 | St Louise Regional Center | 1/18/2019 | 1/18/2019 | 2/11/2019 | None | $ - | $ 666.88 | $ 666.88 |
| 14107 | St Louise Regional Center | 1/16/2019 | 1/16/2019 | 2/11/2019 | None | $ - | $ 666.88 | $ 666.88 |
| 14290 | St Louise Regional Center | 1/30/2019 | 1/30/2019 | 2/8/2019 | 2/21/2019 | $ 142.30 | $ 793.31 | $ 651.01 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 14335 | St Louise Regional Center | 12/20/2018 | 12/20/2018 | 5/23/2019 | 6/5/2019 | $ - | $ 646.00 | $ 646.00 |
| 14913 | St Louise Regional Center | 1/23/2019 | 1/23/2019 | 2/11/2019 | 6/5/2019 | $ 832.93 | $ 1,432.50 | $ 599.57 |
| 15116 | St Louise Regional Center | 1/2/2018 | 1/2/2018 | 1/16/2018 | 2/21/2018 | $ - | $ 588.71 | $ 588.71 |
| 15119 | St Louise Regional Center | 10/25/2017 | 10/25/2017 | 11/6/2017 | None | $ - | $ 588.68 | $ 588.68 |
| 15118 | St Louise Regional Center | 10/18/2017 | 10/18/2017 | 11/6/2017 | None | $ - | $ 588.68 | $ 588.68 |
| 15117 | St Louise Regional Center | 9/26/2017 | 9/26/2017 | 10/5/2017 | None | $ - | $ 588.68 | $ 588.68 |
| 15176 | St Louise Regional Center | 12/4/2017 | 12/4/2017 | 12/12/2017 | None | $ - | $ 582.76 | $ 582.76 |
| 15374 | St Louise Regional Center | 10/20/2017 | 10/20/2017 | 10/27/2017 | 11/3/2017 | $ - | $ 572.11 | $ 572.11 |
| 15376 | St Louise Regional Center | 2/15/2019 | 2/15/2019 | 2/26/2019 | 3/5/2019 | $ 312.17 | $ 884.28 | $ 572.11 |
| 15375 | St Louise Regional Center | 11/27/2018 | 11/27/2018 | 12/10/2018 | 12/17/2018 | $ 292.17 | $ 864.28 | $ 572.11 |
| 15436 | St Louise Regional Center | 10/20/2017 | 10/20/2017 | 11/29/2018 | 11/7/2017 | $ - | $ 567.41 | $ 567.41 |
| 15452 | St Louise Regional Center | 3/29/2018 | 3/30/2018 | 6/25/2018 | 7/5/2018 | $ - | $ 566.06 | $ 566.06 |
| 15556 | St Louise Regional Center | 3/25/2018 | 3/25/2018 | 3/30/2018 | None | $ - | $ 558.42 | $ 558.42 |
| 15574 | St Louise Regional Center | 4/6/2018 | 4/6/2018 | 4/30/2018 | 6/5/2018 | $ 122.49 | $ 678.48 | $ 555.99 |
| 15618 | St Louise Regional Center | 9/3/2017 | 9/21/2017 | 10/5/2017 | 10/12/2017 | $ 1,566.68 | $ 2,117.41 | $ 550.73 |
| 15656 | St Louise Regional Center | 9/7/2017 | 9/7/2017 | 10/5/2017 | None | $ - | $ 547.60 | $ 547.60 |
| 15689 | St Louise Regional Center | 1/11/2019 | 1/11/2019 | 1/16/2019 | 2/12/2019 | $ - | $ 544.34 | $ 544.34 |
| 15762 | St Louise Regional Center | 12/18/2017 | 12/18/2017 | 1/16/2018 | 1/31/2018 | $ - | $ 535.44 | $ 535.44 |
| 15846 | St Louise Regional Center | 12/25/2017 | 12/25/2017 | 3/30/2018 | 1/23/2018 | $ - | $ 526.49 | $ 526.49 |
| 16125 | St Louise Regional Center | 3/15/2018 | 3/15/2018 | 6/13/2018 | 7/24/2018 | $ 817.29 | $ 1,327.00 | $ 509.71 |
| 16124 | St Louise Regional Center | 12/26/2017 | 12/26/2017 | 6/13/2018 | 7/3/2018 | $ 817.29 | $ 1,327.00 | $ 509.71 |
| 16326 | St Louise Regional Center | 9/12/2018 | 9/12/2018 | 3/29/2019 | None | $ - | $ 498.84 | $ 498.84 |
| 16325 | St Louise Regional Center | 11/1/2017 | 11/1/2017 | 11/8/2017 | None | $ - | $ 498.84 | $ 498.84 |
| 16369 | St Louise Regional Center | 6/19/2018 | 6/19/2018 | 8/22/2018 | None | $ - | $ 495.86 | $ 495.86 |
| 16511 | St Louise Regional Center | 10/23/2017 | 10/23/2017 | 3/21/2018 | None | $ - | $ 490.63 | $ 490.63 |
| 16541 | St Louise Regional Center | 2/10/2019 | 2/10/2019 | 3/12/2019 | 3/18/2019 | $ 381.31 | $ 870.24 | $ 488.93 |
| 16548 | St Louise Regional Center | 11/4/2017 | 11/4/2017 | 11/9/2017 | 12/20/2017 | $ - | $ 488.29 | $ 488.29 |
| 16550 | St Louise Regional Center | 3/20/2018 | 3/28/2018 | 4/2/2018 | 8/2/2019 | $ 28,384.00 | $ 28,872.00 | $ 488.00 |
| 16677 | St Louise Regional Center | 6/22/2018 | 6/22/2018 | 6/27/2018 | None | $ - | $ 480.39 | $ 480.39 |
| 16839 | St Louise Regional Center | 3/27/2018 | 3/27/2018 | 4/2/2018 | 5/8/2018 | $ 37.72 | $ 507.22 | $ 469.50 |
| 16949 | St Louise Regional Center | 10/13/2018 | 10/13/2018 | 10/18/2018 | None | $ - | $ 464.42 | $ 464.42 |
| 16948 | St Louise Regional Center | 2/11/2018 | 2/11/2018 | 8/13/2018 | 8/20/2018 | $ - | $ 464.42 | $ 464.42 |
| 16947 | St Louise Regional Center | 9/9/2018 | 9/9/2018 | 10/29/2018 | 12/19/2018 | $ - | $ 464.42 | $ 464.42 |
| 17056 | St Louise Regional Center | 12/2/2018 | 12/2/2018 | 12/11/2018 | 12/18/2018 | $ - | $ 459.81 | $ 459.81 |
| 17077 | St Louise Regional Center | 12/28/2017 | 12/29/2017 | 8/2/2018 | 8/24/2018 | $ - | $ 459.28 | $ 459.28 |
| 17076 | St Louise Regional Center | 1/4/2018 | 1/4/2018 | 2/12/2019 | 4/30/2018 | $ - | $ 459.28 | $ 459.28 |
| 17075 | St Louise Regional Center | 1/8/2018 | 1/8/2018 | 1/25/2018 | 1/31/2018 | $ - | $ 459.28 | $ 459.28 |
| 17074 | St Louise Regional Center | 9/18/2017 | 9/18/2017 | 9/26/2017 | None | $ - | $ 459.28 | $ 459.28 |
| 17209 | St Louise Regional Center | 9/8/2017 | 9/8/2017 | 9/29/2017 | 11/14/2017 | $ - | $ 450.00 | $ 450.00 |
| 17283 | St Louise Regional Center | 8/4/2018 | 8/4/2018 | 8/10/2018 | None | $ - | $ 449.51 | $ 449.51 |
| 17407 | St Louise Regional Center | 10/14/2018 | 10/14/2018 | 10/19/2018 | 10/25/2018 | $ - | $ 446.22 | $ 446.22 |
| 17419 | St Louise Regional Center | 10/24/2017 | 10/24/2017 | 7/12/2018 | 7/25/2018 | $ - | $ 445.00 | $ 445.00 |
| 17528 | St Louise Regional Center | 2/6/2018 | 2/6/2018 | 8/22/2018 | 8/29/2018 | $ - | $ 444.00 | $ 444.00 |
| 17527 | St Louise Regional Center | 12/22/2017 | 12/22/2017 | 8/22/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17526 | St Louise Regional Center | 10/26/2017 | 10/26/2017 | 8/22/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17523 | St Louise Regional Center | 1/12/2018 | 1/12/2018 | 8/2/2018 | None | $ - | $ 444.00 | $ 444.00 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 17522 | St Louise Regional Center | 7/19/2018 | 7/19/2018 | 7/24/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17521 | St Louise Regional Center | 12/6/2017 | 12/6/2017 | 7/16/2018 | 7/25/2018 | $ - | $ 444.00 | $ 444.00 |
| 17518 | St Louise Regional Center | 12/22/2017 | 12/22/2017 | 6/27/2018 | 7/5/2018 | $ - | $ 444.00 | $ 444.00 |
| 17517 | St Louise Regional Center | 12/22/2017 | 12/22/2017 | 6/27/2018 | 7/5/2018 | $ - | $ 444.00 | $ 444.00 |
| 17516 | St Louise Regional Center | 12/22/2017 | 12/22/2017 | 6/27/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17515 | St Louise Regional Center | 12/21/2017 | 12/21/2017 | 6/27/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17514 | St Louise Regional Center | 12/21/2017 | 12/21/2017 | 6/27/2018 | 7/9/2018 | $ - | $ 444.00 | $ 444.00 |
| 17513 | St Louise Regional Center | 12/20/2017 | 12/20/2017 | 6/27/2018 | 7/9/2018 | $ - | $ 444.00 | $ 444.00 |
| 17512 | St Louise Regional Center | 12/20/2017 | 12/20/2017 | 6/27/2018 | 8/8/2018 | $ - | $ 444.00 | $ 444.00 |
| 17511 | St Louise Regional Center | 12/19/2017 | 12/19/2017 | 12/6/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17510 | St Louise Regional Center | 12/19/2017 | 12/19/2017 | 6/27/2018 | 7/24/2018 | $ - | $ 444.00 | $ 444.00 |
| 17509 | St Louise Regional Center | 12/19/2017 | 12/19/2017 | 6/27/2018 | 8/8/2018 | $ - | $ 444.00 | $ 444.00 |
| 17508 | St Louise Regional Center | 12/18/2017 | 12/18/2017 | 6/27/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17503 | St Louise Regional Center | 11/16/2017 | 11/16/2017 | 6/27/2018 | 7/10/2018 | $ - | $ 444.00 | $ 444.00 |
| 17502 | St Louise Regional Center | 11/16/2017 | 11/16/2017 | 6/27/2018 | 7/9/2018 | $ - | $ 444.00 | $ 444.00 |
| 17501 | St Louise Regional Center | 11/14/2017 | 11/14/2017 | 6/27/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17500 | St Louise Regional Center | 11/14/2017 | 11/14/2017 | 6/27/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17498 | St Louise Regional Center | 10/18/2017 | 10/18/2017 | 6/27/2018 | 8/8/2018 | $ - | $ 444.00 | $ 444.00 |
| 17497 | St Louise Regional Center | 10/18/2017 | 10/18/2017 | 6/27/2018 | 7/11/2018 | $ - | $ 444.00 | $ 444.00 |
| 17496 | St Louise Regional Center | 10/17/2017 | 10/17/2017 | 6/27/2018 | 7/5/2018 | $ - | $ 444.00 | $ 444.00 |
| 17495 | St Louise Regional Center | 10/13/2017 | 10/13/2017 | 6/27/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17492 | St Louise Regional Center | 10/12/2017 | 10/12/2017 | 6/27/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17491 | St Louise Regional Center | 10/12/2017 | 10/12/2017 | 6/27/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17490 | St Louise Regional Center | 10/11/2017 | 10/11/2017 | 6/27/2018 | 7/5/2018 | $ - | $ 444.00 | $ 444.00 |
| 17489 | St Louise Regional Center | 12/27/2017 | 12/27/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17488 | St Louise Regional Center | 12/12/2017 | 12/12/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17486 | St Louise Regional Center | 12/8/2017 | 12/8/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17484 | St Louise Regional Center | 12/6/2017 | 12/6/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17483 | St Louise Regional Center | 12/6/2017 | 12/6/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17482 | St Louise Regional Center | 12/5/2017 | 12/5/2017 | 6/29/2018 | 7/6/2018 | $ - | $ 444.00 | $ 444.00 |
| 17481 | St Louise Regional Center | 12/2/2017 | 12/2/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17480 | St Louise Regional Center | 12/1/2017 | 12/1/2017 | 6/29/2018 | 7/9/2018 | $ - | $ 444.00 | $ 444.00 |
| 17477 | St Louise Regional Center | 11/29/2017 | 11/29/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17475 | St Louise Regional Center | 11/28/2017 | 11/28/2017 | 6/26/2018 | 7/10/2018 | $ - | $ 444.00 | $ 444.00 |
| 17474 | St Louise Regional Center | 11/27/2017 | 11/27/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17472 | St Louise Regional Center | 11/21/2017 | 11/21/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17470 | St Louise Regional Center | 11/17/2017 | 11/17/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17467 | St Louise Regional Center | 10/31/2017 | 10/31/2017 | 6/29/2018 | 7/9/2018 | $ - | $ 444.00 | $ 444.00 |
| 17466 | St Louise Regional Center | 10/31/2017 | 10/31/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17464 | St Louise Regional Center | 10/30/2017 | 10/30/2017 | 6/26/2018 | 7/5/2018 | $ - | $ 444.00 | $ 444.00 |
| 17463 | St Louise Regional Center | 10/27/2017 | 10/27/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17461 | St Louise Regional Center | 10/26/2017 | 10/26/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17459 | St Louise Regional Center | 10/20/2017 | 10/20/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17458 | St Louise Regional Center | 10/20/2017 | 10/20/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17456 | St Louise Regional Center | 10/11/2017 | 10/11/2017 | 6/26/2018 | 7/6/2018 | $ - | $ 444.00 | $ 444.00 |
| 17454 | St Louise Regional Center | 10/7/2017 | 10/7/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 17453 | St Louise Regional Center | 10/6/2017 | 10/6/2017 | 6/26/2018 | 7/3/2018 | $ - | $ 444.00 | $ 444.00 |
| 17452 | St Louise Regional Center | 10/4/2017 | 10/4/2017 | 6/26/2018 | None | $ - | $ 444.00 | $ 444.00 |
| 17451 | St Louise Regional Center | 3/7/2018 | 3/7/2018 | 8/12/2019 | 3/30/2018 | $ - | $ 444.00 | $ 444.00 |
| 17715 | St Louise Regional Center | 5/30/2018 | 5/30/2018 | 6/4/2018 | 7/12/2018 | $ - | $ 433.67 | $ 433.67 |
| 17765 | St Louise Regional Center | 11/22/2017 | 11/22/2017 | 6/26/2018 | None | $ - | $ 431.00 | $ 431.00 |
| 17764 | St Louise Regional Center | 5/2/2018 | 5/2/2018 | 5/7/2018 | 5/17/2018 | $ - | $ 431.00 | $ 431.00 |
| 17829 | St Louise Regional Center | 1/15/2019 | 1/15/2019 | 1/22/2019 | 1/30/2019 | $ 910.16 | $ 1,337.14 | $ 426.98 |
| 17887 | St Louise Regional Center | 8/8/2018 | 8/8/2018 | 8/13/2018 | 8/22/2018 | $ - | $ 422.40 | $ 422.40 |
| 17886 | St Louise Regional Center | 7/17/2018 | 7/17/2018 | 7/23/2018 | None | $ - | $ 422.40 | $ 422.40 |
| 17990 | St Louise Regional Center | 2/19/2019 | 2/19/2019 | 2/25/2019 | 8/28/2019 | $ 96.74 | $ 513.60 | $ 416.86 |
| 17999 | St Louise Regional Center | 8/28/2018 | 8/28/2018 | 9/4/2018 | None | $ - | $ 416.30 | $ 416.30 |
| 18083 | St Louise Regional Center | 11/4/2018 | 11/4/2018 | 11/9/2018 | 11/16/2018 | $ 2,553.20 | $ 2,965.18 | $ 411.98 |
| 18092 | St Louise Regional Center | 12/20/2018 | 12/20/2018 | 12/26/2018 | 1/3/2019 | $ - | $ 411.14 | $ 411.14 |
| 18090 | St Louise Regional Center | 9/14/2018 | 9/14/2018 | 5/2/2019 | 9/26/2018 | $ - | $ 411.14 | $ 411.14 |
| 18089 | St Louise Regional Center | 12/14/2018 | 12/14/2018 | 12/19/2018 | 12/28/2018 | $ - | $ 411.14 | $ 411.14 |
| 18457 | St Louise Regional Center | 8/22/2018 | 8/22/2018 | 8/27/2018 | 8/31/2018 | $ - | $ 399.11 | $ 399.11 |
| 18456 | St Louise Regional Center | 8/6/2018 | 8/6/2018 | 8/13/2018 | 8/20/2018 | $ - | $ 399.11 | $ 399.11 |
| 18455 | St Louise Regional Center | 8/2/2018 | 8/2/2018 | 8/7/2018 | 10/1/2018 | $ - | $ 399.11 | $ 399.11 |
| 18523 | St Louise Regional Center | 12/20/2018 | 12/20/2018 | 12/27/2018 | 1/4/2019 | $ - | $ 395.01 | $ 395.01 |
| 18607 | St Louise Regional Center | 4/24/2018 | 4/24/2018 | 5/3/2018 | 6/12/2018 | $ 44.98 | $ 433.67 | $ 388.69 |
| 18633 | St Louise Regional Center | 5/16/2018 | 5/16/2018 | 5/21/2018 | 5/30/2018 | $ - | $ 386.96 | $ 386.96 |
| 18808 | St Louise Regional Center | 10/24/2018 | 10/24/2018 | 10/29/2018 | 11/20/2018 | $ 781.51 | $ 1,157.75 | $ 376.24 |
| 18807 | St Louise Regional Center | 9/17/2018 | 9/17/2018 | 9/24/2018 | 11/1/2018 | $ 781.51 | $ 1,157.75 | $ 376.24 |
| 18806 | St Louise Regional Center | 7/5/2018 | 7/5/2018 | 7/10/2018 | 7/18/2018 | $ 625.21 | $ 1,001.45 | $ 376.24 |
| 18805 | St Louise Regional Center | 6/6/2018 | 6/6/2018 | 6/14/2018 | 6/22/2018 | $ 644.86 | $ 1,021.10 | $ 376.24 |
| 18804 | St Louise Regional Center | 5/11/2018 | 5/11/2018 | 5/17/2018 | 6/26/2018 | $ 781.51 | $ 1,157.75 | $ 376.24 |
| 18803 | St Louise Regional Center | 9/14/2018 | 9/14/2018 | 10/29/2018 | 11/12/2018 | $ 625.22 | $ 1,001.46 | $ 376.24 |
| 18815 | St Louise Regional Center | 10/11/2017 | 10/11/2017 | 10/19/2017 | None | $ - | $ 375.99 | $ 375.99 |
| 18846 | St Louise Regional Center | 2/28/2019 | 2/28/2019 | 3/5/2019 | 5/8/2019 | $ 90.00 | $ 464.42 | $ 374.42 |
| 18873 | St Louise Regional Center | 2/7/2019 | 2/7/2019 | 2/12/2019 | 3/13/2019 | $ - | $ 373.27 | $ 373.27 |
| 18872 | St Louise Regional Center | 10/31/2017 | 10/31/2017 | 11/9/2017 | 11/16/2017 | $ - | $ 373.27 | $ 373.27 |
| 18980 | St Louise Regional Center | 11/16/2017 | 11/16/2017 | 12/14/2017 | None | $ - | $ 367.74 | $ 367.74 |
| 18982 | St Louise Regional Center | 6/11/2018 | 6/11/2018 | 6/18/2018 | None | $ - | $ 367.65 | $ 367.65 |
| 19020 | St Louise Regional Center | 2/12/2019 | 2/12/2019 | 2/22/2019 | 3/7/2019 | $ - | $ 365.25 | $ 365.25 |
| 19204 | St Louise Regional Center | 1/26/2018 | 1/26/2018 | 1/31/2018 | 2/8/2018 | $ - | $ 357.13 | $ 357.13 |
| 19262 | St Louise Regional Center | 12/17/2018 | 12/17/2018 | 12/24/2018 | 1/31/2019 | $ 110.00 | $ 464.42 | $ 354.42 |
| 19422 | St Louise Regional Center | 2/14/2019 | 2/14/2019 | 2/20/2019 | 3/19/2019 | $ 105.00 | $ 453.43 | $ 348.43 |
| 19476 | St Louise Regional Center | 1/30/2019 | 1/30/2019 | 2/4/2019 | 2/12/2019 | $ 736.46 | $ 1,082.75 | $ 346.29 |
| 19497 | St Louise Regional Center | 10/4/2017 | 10/4/2017 | 10/16/2017 | 10/24/2017 | $ 851.00 | $ 1,196.57 | $ 345.57 |
| 19595 | St Louise Regional Center | 5/10/2018 | 5/10/2018 | 10/8/2018 | None | $ - | $ 340.45 | $ 340.45 |
| 19649 | St Louise Regional Center | 8/24/2018 | 8/24/2018 | 8/29/2018 | 9/6/2018 | $ - | $ 337.76 | $ 337.76 |
| 19662 | St Louise Regional Center | 1/3/2019 | 1/3/2019 | 1/14/2019 | None | $ - | $ 337.14 | $ 337.14 |
| 19661 | St Louise Regional Center | 8/26/2018 | 8/26/2018 | 8/31/2018 | 9/10/2018 | $ - | $ 337.14 | $ 337.14 |
| 19660 | St Louise Regional Center | 2/18/2018 | 2/18/2018 | 1/8/2019 | 1/16/2019 | $ - | $ 337.14 | $ 337.14 |
| 19665 | St Louise Regional Center | 1/16/2019 | 1/16/2019 | 1/22/2019 | 2/6/2019 | $ 360.00 | $ 697.00 | $ 337.00 |
| 19785 | St Louise Regional Center | 10/9/2017 | 10/9/2017 | 10/16/2017 | 11/27/2017 | $ 41.84 | $ 373.27 | $ 331.43 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 19804 | St Louise Regional Center | 11/29/2017 | 11/29/2017 | 12/5/2017 | None | $ - | $ 330.00 | $ 330.00 |
| 19853 | St Louise Regional Center | 12/11/2018 | 12/11/2018 | 12/17/2018 | 1/15/2019 | $ 610.51 | $ 939.28 | $ 328.77 |
| 19920 | St Louise Regional Center | 4/30/2018 | 4/30/2018 | 5/7/2018 | None | $ - | $ 326.88 | $ 326.88 |
| 19919 | St Louise Regional Center | 12/19/2017 | 12/19/2017 | 1/5/2018 | None | $ - | $ 326.88 | $ 326.88 |
| 19918 | St Louise Regional Center | 12/11/2017 | 12/11/2017 | 1/5/2018 | None | $ - | $ 326.88 | $ 326.88 |
| 19946 | St Louise Regional Center | 11/14/2017 | 11/14/2017 | 11/20/2017 | 12/18/2017 | $ - | $ 325.84 | $ 325.84 |
| 20050 | St Louise Regional Center | 3/14/2018 | 3/14/2018 | 5/8/2018 | 6/29/2018 | $ - | $ 322.05 | $ 322.05 |
| 20071 | St Louise Regional Center | 12/13/2018 | 12/13/2018 | 12/18/2018 | 12/28/2018 | $ - | $ 321.05 | $ 321.05 |
| 20138 | St Louise Regional Center | 1/6/2018 | 1/6/2018 | 1/24/2018 | 1/31/2018 | $ - | $ 318.51 | $ 318.51 |
| 20143 | St Louise Regional Center | 7/18/2018 | 7/18/2018 | 7/23/2018 | 7/30/2018 | $ - | $ 318.39 | $ 318.39 |
| 20283 | St Louise Regional Center | 9/18/2018 | 9/18/2018 | 9/24/2018 | 10/1/2018 | $ - | $ 315.22 | $ 315.22 |
| 20299 | St Louise Regional Center | 9/6/2018 | 9/6/2018 | 9/11/2018 | 11/27/2018 | $ - | $ 314.51 | $ 314.51 |
| 20375 | St Louise Regional Center | 11/13/2017 | 11/13/2017 | 11/20/2017 | 11/29/2017 | $ - | $ 311.31 | $ 311.31 |
| 20408 | St Louise Regional Center | 9/18/2017 | 9/18/2017 | 12/5/2017 | None | $ - | $ 310.00 | $ 310.00 |
| 20411 | St Louise Regional Center | 5/14/2018 | 5/14/2018 | 11/16/2018 | 11/26/2018 | $ - | $ 309.89 | $ 309.89 |
| 20841 | St Louise Regional Center | 1/6/2019 | 1/6/2019 | 2/5/2019 | 2/11/2019 | $ 167.93 | $ 470.41 | $ 302.48 |
| 20933 | St Louise Regional Center | 3/8/2018 | 3/8/2018 | 3/26/2018 | 7/24/2018 | $ 143.97 | $ 444.00 | $ 300.03 |
| 20942 | St Louise Regional Center | 10/27/2017 | 10/27/2017 | 11/6/2017 | None | $ - | $ 300.00 | $ 300.00 |
| 21062 | St Louise Regional Center | 10/23/2017 | 10/23/2017 | 10/30/2017 | 11/7/2017 | $ - | $ 298.72 | $ 298.72 |
| 21162 | St Louise Regional Center | 9/8/2017 | 9/8/2017 | 5/15/2018 | 5/24/2018 | $ - | $ 295.24 | $ 295.24 |
| 21195 | St Louise Regional Center | 3/1/2018 | 3/1/2018 | 3/26/2018 | 8/10/2018 | $ 1,498.83 | $ 1,793.02 | $ 294.19 |
| 21204 | St Louise Regional Center | 7/16/2018 | 7/16/2018 | 7/23/2018 | 8/24/2018 | $ 81.92 | $ 375.99 | $ 294.07 |
| 21305 | St Louise Regional Center | 8/9/2018 | 8/9/2018 | 8/15/2018 | 10/3/2018 | $ - | $ 289.62 | $ 289.62 |
| 22071 | St Louise Regional Center | 6/4/2018 | 6/4/2018 | 7/5/2018 | 7/16/2018 | $ - | $ 274.02 | $ 274.02 |
| 22070 | St Louise Regional Center | 4/11/2018 | 4/11/2018 | 4/20/2018 | 4/30/2018 | $ - | $ 274.02 | $ 274.02 |
| 22131 | St Louise Regional Center | 10/19/2017 | 10/19/2017 | 10/30/2017 | 11/14/2017 | $ - | $ 272.17 | $ 272.17 |
| 22134 | St Louise Regional Center | 2/5/2019 | 2/5/2019 | 2/14/2019 | 3/13/2019 | $ 127.01 | $ 399.11 | $ 272.10 |
| 22198 | St Louise Regional Center | 11/28/2017 | 11/28/2017 | 12/7/2017 | 12/14/2017 | $ - | $ 270.42 | $ 270.42 |
| 22272 | St Louise Regional Center | 12/11/2017 | 12/11/2017 | 1/16/2018 | 3/6/2018 | $ - | $ 268.16 | $ 268.16 |
| 22313 | St Louise Regional Center | 11/14/2017 | 11/14/2017 | 11/20/2017 | None | $ - | $ 266.40 | $ 266.40 |
| 22517 | St Louise Regional Center | 12/28/2018 | 12/28/2018 | 1/2/2019 | 1/16/2019 | $ 275.56 | $ 535.44 | $ 259.88 |
| 22622 | St Louise Regional Center | 2/20/2019 | 2/20/2019 | 2/25/2019 | 3/26/2019 | $ 110.91 | $ 367.15 | $ 256.24 |
| 22703 | St Louise Regional Center | 2/11/2018 | 2/11/2018 | 6/27/2018 | None | $ - | $ 255.00 | $ 255.00 |
| 22728 | St Louise Regional Center | 2/1/2019 | 2/1/2019 | 2/14/2019 | 3/13/2019 | $ 41.13 | $ 295.24 | $ 254.11 |
| 22789 | St Louise Regional Center | 5/22/2018 | 5/22/2018 | 8/14/2019 | None | $ - | $ 251.98 | $ 251.98 |
| 22788 | St Louise Regional Center | 1/21/2019 | 1/21/2019 | 1/29/2019 | 2/26/2019 | $ - | $ 251.98 | $ 251.98 |
| 22786 | St Louise Regional Center | 11/13/2018 | 11/13/2018 | 11/19/2018 | 11/29/2018 | $ - | $ 251.98 | $ 251.98 |

Total $710,570.34