

**FILED & ENTERED**

**AUG 31 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors in Possession. | Case No. **2:18-bk-20151-ER**<br><br>Adv. No. **2:20-ap-01575-ER**<br><br>ORDER RE COURTROOM PROCEDURES |
| ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, O'CONNOR HOSPITAL, a California nonprofit public benefit corporation, and SAINT LOUISE REGIONAL HOSPITAL, a California nonprofit public benefit corporation,<br>                               Plaintiffs,<br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, a California nonprofit public benefit corporation,<br>                               Defendant. | |

This adversary proceeding or evidentiary matter having been set for trial or evidentiary hearing for the week of **06/28/2021** at 9:00 a.m. it is hereby:

ORDERED that the following order shall apply to all matters set for trial or other proceeding in which evidence shall be taken:

1. Each party shall serve and exchange the following **not later than seven (7) court days prior to trial**: 1) a trial brief, 2) a set of proposed findings of fact and conclusions of law, 3) trial exhibits, 4) a list of trial exhibits and 5) a list of witnesses. Copies of the above must also be delivered **directly with Judge Robles' chambers not later than seven (7) court days prior to trial**. (See also paragraph 1(c)(ii) below).

    a. Contents of trial brief
        i. The trial brief shall contain all those items set forth in Local Bankruptcy Rule 9013-2;

        ii. Unless otherwise ordered, the trial brief shall not exceed twenty (20) pages in length and shall be accompanied by a table of contents and table of authorities.

    b. Contents of Proposed Findings of Fact and Conclusions of law

    i.   The contents of the proposed findings of fact and conclusions of law shall conform with Local Bankruptcy Rule 7052-1;

    ii. The proposed findings of facts shall not contain argument or facts for which there was no evidence submitted.  Each finding of fact shall be supported by a reference to an exhibit or to expected testimony.

c. Trial exhibits (the following procedures govern all exhibits except those used for purposes of impeachment):

    i.   There shall be sufficient copies of exhibits for the Court, all parties participating in the trial and the witness;

    ii.  Only the Judge's copies of the exhibits are required to be delivered seven (7) court days prior to trial.  Copies for the witness and opposing counsel may be brought to court on the date set for trial.

    iii. All copies of exhibits shall be pre-marked prior to lodging with the Judge's chambers and shall conform with the exhibit list. Exhibit tags are available from the courtroom

                deputy.  The exhibit tag shall be placed on the document so that it does not obscure any portion of the document.  Otherwise, it may be placed on the reverse of the document;

      iv.  Plaintiff's (or Movant's) exhibits shall be identified numerically commencing with "Exhibit 1."  Defendant's (or Respondent's) exhibits shall be marked alphabetically commencing with "Exhibit  "A" through "Exhibit Z." Subsequent exhibits for the Defendant shall be marked "AA" through "AZ", "BA through "BZ", etc. (see Local Bankruptcy Rules 1002-1(f) and 9013-2(b) and;

      v.  If a party has in excess of ten (10) exhibits, in addition to tagging the exhibit, that party's exhibits shall be placed in a three ring binder or binders.  The exhibits shall be divided by a tab extending beyond the page on the right hand side and the tab shall bear the number or letter of the exhibit.  If a party has less than ten (10) exhibits, each shall have an exhibit tag.

    2.  **Demonstrative Evidence:**  The Court encourages the use of sketches, models, diagrams, pictures, summaries, charts, and other demonstrative evidence.  Summaries may be required by the Court in

actions on account, preferences, or other issues involving voluminous documentation of financial transactions.

3. **Courtroom Etiquette**: Opening statements, oral motions, questioning of witnesses and closing arguments are to be made from the podium. Permission must be obtained before approaching a witness. Counsel making an objection or addressing the court shall rise to be recognized. Following these procedures will ensure that the electronic recording equipment shall accurately record these proceedings.

4. **Counsel Tables**: Plaintiff or moving party should utilize the counsel table in front of and closest to, the witness stand. The defendant or responding party should utilize the counsel table furthest from the witness stand.

It is further ORDERED, that plaintiff (or moving party) is to serve this order on all parties appearing in the adversary or other evidentiary proceeding and must file with the court twenty days from the date of this order a proof of service demonstrating that service has been made.

It is further ORDERED, that failure to adhere to the above may result in those sanctions set forth in Local Bankruptcy Rule 9011-1, or such other sanctions as the Court deems appropriate.

Revised 3-16-09

Date: August 31, 2020

Ernest M. Robles
United States Bankruptcy Judge

Revised 3-16-09