Steven J. Kahn (CA Bar No. 76933)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  skahn@pszjlaw.com
         ggreenwood@pszjlaw.com

Co-Counsel to Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER; |
| Debtors and Debtors In Possession. | Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER; |
| ☐ Affects All Debtors | Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER; |
| ☐ Affects Verity Health System of California, Inc. | Case No. 2:18-bk-20171-ER; |
| ☒ Affects O'Connor Hospital | Case No. 2:18-bk-20172-ER; |
| ☒ Affects Saint Louise Regional Hospital | Case No. 2:18-bk-20173-ER; |
| ☐ Affects St. Francis Medical Center | Case No. 2:18-bk-20175-ER; |
| ☒ Affects St. Vincent Medical Center | Case No. 2:18-bk-20176-ER; |
| ☒ Affects Seton Medical Center | Case No. 2:18-bk-20178-ER; |
| ☐ Affects O'Connor Hospital Foundation | Case No. 2:18-bk-20179-ER; |
| ☐ Affects Saint Louise Regional Hospital Foundation | Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER; |
| ☐ Affects St. Francis Medical Center of Lynwood Foundation | |
| ☐ Affects St. Vincent Foundation | Chapter 11 Cases |
| ☐ Affects St. Vincent Dialysis Center, Inc. | |
| ☐ Affects Seton Medical Center Foundation | Hon. Ernest M. Robles |
| ☐ Affects Verity Business Services | |
| ☐ Affects Verity Medical Foundation | Adversary No. 2:20-ap-01575-ER |
| ☐ Affects Verity Holdings, LLC | |
| ☐ Affects De Paul Ventures, LLC | **AMENDED** |
| ☐ Affects De Paul Ventures - San Jose Dialysis, LLC | **SUMMONS SERVICE EXECUTED** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:324117.3 89566/002

1  ST. VINCENT MEDICAL CENTER, a
California nonprofit public benefit corporation,

2  SETON MEDICAL CENTER, a California
nonprofit public benefit corporation,

3  O'CONNOR HOSPITAL, a California nonprofit
public benefit corporation, and SAINT LOUISE

4  REGIONAL HOSPITAL, a California nonprofit
public benefit corporation,

5

6             Plaintiffs,

   v.

7  CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA, a California

8  nonprofit public benefit corporation,

9             Defendant.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:324117.3 89566/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMONS SERVICE EXECUTED** **(OF: (1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [DKT. NO. 2]; (2) COMPLAINT FOR BREACH OF WRITTEN CONTRACTS, TURNOVER, UNJUST ENRICHMENT, AND DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY [DKT. NO. 1]; (3) SCHEDULING ORDER [DKT. NO. 3]; AND (4) ORDER RE COURTROOM PROCEDURES [DKT. NO. 4]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.**  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

        ☒  Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**:
On (*date*) **September 15, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

        ☒  Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

        ☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 15, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**MAILING INFORMATION FOR ADVERSARY CASE NO.** 2:20-ap-01575-ER

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Steven J Kahn    skahn@pszyjw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

Michael Reynolds
Snell & Wilmer
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626

California Physicians' Service dba Blue Shield of California,
a California Nonprofit Public Benefit Corporation,
c/o its Registered Agent for Service of Process
Cogency Global Inc.
1325 J Street, Suite 1550
Sacramento, CA  95814

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324117.3 89566/002