Steven J. Kahn (CA Bar No. 76933)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  skahn@pszjlaw.com
         ggreenwood@pszjlaw.com

Counsel for St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital



**FILED & ENTERED**

**NOV 12 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☒ Affects O'Connor Hospital<br>☒ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☒ Affects St. Vincent Medical Center<br>☒ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles |

1

DOCS_SF:104467.1 89566/003

| | |
|---|---|
| ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, O'CONNOR HOSPITAL, a California nonprofit public benefit corporation, and SAINT LOUISE REGIONAL HOSPITAL, a California nonprofit public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, a California nonprofit public benefit corporation,<br><br>    Defendant. | Adversary No. 20-ap-01575-ER<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO (1) DISMISS CLAIMS FOR TURNOVER, VIOLATION OF THE AUTOMATIC STAY AND UNJUST ENRICHMENT; AND (2) COMPEL ARBITRATION AND STAY ADVERSARY PROCEEDING** |

The Court, having read and considered the *Stipulation to Continue Hearing on Defendant's Motion to (1) Dismiss Claims for Turnover, Violation of the Automatic Stay and Unjust Enrichment; and (2) Compel Arbitration and Stay Adversary Proceeding* [Docket No. 19] ("Stipulation") filed on November 10, 2020, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Motion, originally scheduled for hearing on November 24, 2020 at 11:00 a.m., is continued to December 16, 2020 at 10:00 a.m. ~~11:00 a.m.~~

3. Plaintiffs' opposition to the Motion shall be filed and served no later than November 25, 2020.

### 

Date: November 12, 2020

                  */s/ Ernest M. Robles*
                  Ernest M. Robles
                  United States Bankruptcy Judge

DOCS_SF:104467.1 89566/003