Steven J. Kahn (CA Bar No. 76933)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: skahn@pszjlaw.com
 ggreenwood@pszjlaw.com

Counsel for St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☒ Affects O'Connor Hospital<br>☒ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☒ Affects St. Vincent Medical Center<br>☒ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases |

1

DOCS_LA:334417.1 89566/003

| | |
|---|---|
| ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, O'CONNOR HOSPITAL, a California nonprofit public benefit corporation, and SAINT LOUISE REGIONAL HOSPITAL, a California nonprofit public benefit corporation,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, a California nonprofit public benefit corporation,<br><br>　　　　　Defendant. | Adversary No. 20-ap-01575-ER<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO (1) DISMISS CLAIMS FOR TURNOVER, VIOLATION OF THE AUTOMATIC STAY AND UNJUST ENRICHMENT; AND (2) COMPEL ARBITRATION AND STAY ADVERSARY PROCEEDING**<br><br>**[Related to Docket No. 13]**<br><br>Present Hearing:<br>Date:　　December 16, 2020<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 1568<br>　　　　　255 East Temple Street<br>　　　　　Lost Angeles, CA  90012 |

　　　　The Parties to the above-encaptioned adversary proceeding, plaintiffs St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital (collectively, "Plaintiffs") and defendant California Physicians' Service dba Blue Shield of California ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

　　　　1.　　Plaintiffs instituted this adversary proceeding through the filing of their *Complaint for Breach of Written Contracts, Turnover, Unjust Enrichment, and Damages for Violation of the Automatic Stay* on August 28, 2020 (the "Complaint") [Docket No. 1].

　　　　2.　　Following an extension of time granted to Defendant to respond to the Complaint, on October 30, 2020, Defendant filed its *Motion to: (1) Dismiss Claims for Turnover, Violation of the Automatic Stay and Unjust Enrichment; and (2) Compel Arbitration and Stay Adversary Proceeding* (the "Motion") [Docket No. 13], set for hearing on December 16, 2020 at 10:00 a.m.

　　　　3.　　Plaintiffs and Defendant are finalizing a stipulation to consensually resolve the issues raised in the Motion without the need for further litigation thereof, including the filing of an opposition to the Motion, and therefore request that the hearing on the Motion be continued to January 6, 2021 at 10:00 a.m. so as to facilitate those efforts.

2

DOCS_LA:334417.1 89566/003

1 | Dated:  December 9, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

                                               */s/ Steven J. Kahn*
                                               Steven J. Kahn
                                               Counsel for St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital

Dated:  December 9, 2020                    SNELL & WILMER LLP


                                               */s/ Michael B. Reynolds*
                                               Michael B. Reynolds
                                               Andrew B. Still
                                               Counsel for California Physicians' Service dba Blue Shield of California

3

DOCS_LA:334417.1 89566/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO (1) DISMISS CLAIMS FOR TURNOVER, VIOLATION OF THE AUTOMATIC STAY AND UNJUST ENRICHMENT; AND (2) COMPEL ARBITRATION AND STAY ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 9, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:332021.1 89566/002

**ADDITIONAL SERVICE LIST**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Steven J Kahn**    skahn@pszyjw.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:332021.1 89566/002