1  Steven J. Kahn (CA Bar No. 76933)
   Gail S. Greenwood (CA Bar No. 169939)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   E-mail:  skahn@pszjlaw.com
5          ggreenwood@pszjlaw.com

6  Counsel for St. Vincent Medical Center, Seton
   Medical Center, O'Connor Hospital, and Saint
7  Louise Regional Hospital

8

9              **UNITED STATES BANKRUPTCY COURT**

        **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10 | In re | Lead Case No. 2:18-bk-20151-ER |
11 | VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly administered with: |

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER; |
| Debtors and Debtors in Possession. | Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER; |
| ☐ Affects All Debtors | Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER; |
| ☐ Affects Verity Health System of California, Inc.<br>☒ Affects O'Connor Hospital | Case No. 2:18-bk-20171-ER; |
| ☒ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center | Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER; |
| ☒ Affects St. Vincent Medical Center<br>☒ Affects Seton Medical Center | Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER; |
| ☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation | Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER; |
| ☐ Affects St. Francis Medical Center of Lynwood Foundation | Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER. |
| ☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc. | Chapter 11 Cases |
| ☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services | Adversary No. 20-ap-01575-ER |
| ☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC | **JOINT STATUS REPORT RE ARBITRATION** |
| ☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC | |
| | **[Related to Docket No. 26]** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

DOCS_LA:338197.1 89566/003

ST. VINCENT MEDICAL CENTER, a California
nonprofit public benefit corporation, SETON
MEDICAL CENTER, a California nonprofit
public benefit corporation, O'CONNOR
HOSPITAL, a California nonprofit public benefit
corporation, and SAINT LOUISE REGIONAL
HOSPITAL, a California nonprofit public benefit
corporation,

              Plaintiffs,

v.

CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA, a California
nonprofit public benefit corporation,

              Defendant.

Present Hearing:
Date:       June 15, 2021
Time:       10:00 a.m.
Place:      Courtroom 1568
            255 East Temple Street
            Lost Angeles, CA  90012

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

          St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital and Saint Louise

Regional Hospital (collectively "Plaintiffs") and Defendant California Physicians' Service dba Blue

Shield of California ("Defendant,") and with Plaintiffs, each a "Party" and collectively the

"Parties"), by and through  their respective counsel, herein report as follows:

          On December 22, 2020, the Court entered its *Order Approving Stipulation Resolving*

*Defendants' Motion to (1) Dismiss Claims for Turnover, Violation of the Automatic Stay, and Unjust*

*Enrichment; and (2) Compel Arbitration and Stay Adversary Proceeding* [Dkt No. 26] (the "Order").

          Pursuant to Paragraph 6 of the Order, the Court set June 15, 2021 at 10:00 a.m. as the date

for a status conference in relation to the Order.

          Plaintiffs represent that on May 28, 2021, through their arbitration counsel, the Law Offices

of Stephenson Acquisto & Colman, they filed their arbitration demands with the American

Arbitration Association pursuant to the terms of the agreements between the Parties and will serve

same on Defendant upon issuance of case numbers by AAA.

          The Parties request that that Court set a further Status Conference on the first available court

date six months hence.

DOCS_LA:338197.1 89566/003

1    Dated:  June 4, 2021              PACHULSKI STANG ZIEHL & JONES LLP

2

3
                                      */s/ Steven J. Kahn*
4                                     Steven J. Kahn
                                      Gail S. Greenwood
5                                     Counsel for St. Vincent Medical Center, Seton Medical
                                      Center, O'Connor Hospital, and Saint Louise Regional
6                                     Hospital

7

8    Dated:  June 4, 2021              SNELL & WILMER LLP

9

10
                                      */s/ Michael B. Reynolds*
11                                    Michael B. Reynolds
                                      Andrew B. Still
12                                    Counsel for California Physicians' Service dba Blue
                                      Shield of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DOCS_LA:338197.1 89566/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify):* **JOINT STATUS REPORT RE ARBITRATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 4, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven J Kahn**    skahn@pszyjw.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 4, 2021 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:332021.1 89566/002