Steven J. Kahn (CA Bar No. 76933)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  skahn@pszjlaw.com
          ggreenwood@pszjlaw.com

Counsel for St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☒ Affects O'Connor Hospital<br>☒ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☒ Affects St. Vincent Medical Center<br>☒ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER.<br><br>Chapter 11 Cases<br><br>Adversary No. 20-ap-01575-ER<br><br>**STATUS REPORT RE ARBITRATION**<br><br>**[Related to Docket No. 26]** |

DOCS_LA:341407.2 89566/003

1

| | |
|---|---|
| ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, O'CONNOR HOSPITAL, a California nonprofit public benefit corporation, and SAINT LOUISE REGIONAL HOSPITAL, a California nonprofit public benefit corporation,<br><br>                Plaintiffs,<br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, a California nonprofit public benefit corporation,<br><br>                Defendant. | Present Hearing:<br>Date:     January 11, 2022<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>            255 East Temple Street<br>            Lost Angeles, CA  90012 |

St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital and Saint Louise Regional Hospital (collectively "Plaintiffs"), by and through their counsel, herein report as follows:

On December 22, 2020, the Court entered its *Order Approving Stipulation Resolving Defendants' Motion to (1) Dismiss Claims for Turnover, Violation of the Automatic Stay, and Unjust Enrichment; and (2) Compel Arbitration and Stay Adversary Proceeding* [Dkt No. 26] (the "Order").

Pursuant to Paragraph 6 of the Order, the Court set June 15, 2021 at 10:00 a.m. as the date for a status conference in relation to the Order.

Plaintiffs represent that on May 28, 2021, through their arbitration counsel, the Law Offices of Stephenson Acquisto & Colman, they filed their arbitration demands with the American Arbitration Association pursuant to the terms of the agreements between the Parties and served same on Defendant upon issuance of case numbers by AAA. Pursuant to stipulation between the Parties, the arbitrations were consolidated.

Plaintiffs represent that an arbitrator has been selected and a preliminary scheduling conference has been conducted. At that conference it was determined that Plaintiffs are required to produce evidence as to their pre-arbitration submission of timely appeals as to each disputed service, requiring a review of documents relating to each of the thousands of claims at issue, which process will take a rather substantial amount of time. This will be reported by Plaintiffs to the arbitrator at a

2

DOCS_LA:341407.2 89566/003

telephonic conference set for January 7, 2022, at which time Plaintiffs anticipate a further status conference will be set.

Defense counsel is in the process of confirming status of the arbitration with Defendant, but by reason of holiday/vacation schedules, has not been able to obtain such confirmation as of this date.

Plaintiffs request that that Court set a further Status Conference on the first available court date at least six months hence.

Dated:  January 5, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven J. Kahn*
Steven J. Kahn
Gail S. Greenwood
Counsel for St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital

3

DOCS_LA:341407.2 89566/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE ARBITRATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 5, 2022 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:332021.1 89566/002

**ADDITIONAL SERVICE LIST**

**MAILING INFORMATION FOR ADVERSARY CASE NO. 2:20-ap-01575-ER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Steven J Kahn    skahn@pszyjw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:332021.1 89566/002