

FILED & ENTERED

JUN 13 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Verity Health System of California, Inc., *et al.*, Debtors. | Lead Case No.:  2:18-bk-20151-ER<br>Adv. No.:  2:20-ap-01575-ER |
| St. Vincent Medical Center, *et al.*,<br>Plaintiffs,<br>v.<br>California Physicians' Service dba Blue Shield of California,<br>Defendant. | **ORDER CONTINUING STATUS CONFERENCE FROM JUNE 14, 2022 AT 10:00 A.M. TO DECEMBER 13, 2022 AT 10:00 A.M.**<br><br>**CONTINUED HEARING DATE:**<br>Date:  December 13, 2022<br>Time:  10:00 a.m.<br>Location:  Ctrm. 1568<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

    On December 22, 2020, the Court entered an *Order Approving Stipulation Resolving Defendant's Motion to (1) Dismiss Claims for Turnover, Violation of the Automatic Stay and Unjust Enrichment; and (2) Compel Arbitration and Stay Adversary Proceeding* [Doc. No. 26] (the "Order"). Pursuant to the Order, the Breach of Contract Claims[1] were submitted to binding arbitration. In the most recently filed Status Report [Doc. No. 36], Plaintiffs represent that arbitration is proceeding before the American Arbitration Association, and request that the Court continue the Status Conference for six months.

    Based upon the foregoing, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Status Conference is **CONTINUED** from June 14, 2022 at 10:00 a.m. to **December 13, 2022 at 10:00 a.m.** A Joint Status Report shall be filed no later than seven days prior to the hearing.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Order.

2) Parties may appear at the continued Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: June 13, 2022

Ernest M. Robles
United States Bankruptcy Judge